**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-22-0000422**
**09-MAY-2023**
**07:57 AM**
**Dkt. 42 OAWST**

NO. CAAP-22-0000422

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


BIOREM ENVIRONMENTAL, INC., Plaintiff-Appellant, v.
LTM CORPORATION; HARTFORD FIRE INSURANCE COMPANY,
Defendants-Appellees.

LTM CORPORATION, Defendant-Counterclaimant-Appellee, v.
BIOREM ENVIRONMENTAL, INC.,
Plaintiff-Counterclaim Defendant-Appellant, and
BIOREM INC., and BIOREM TECHNOLOGIES INC.,
Counterclaim Defendants-Appellees.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC161001357)


ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Wadsworth and Chan, JJ.)

Upon consideration of the Joint Stipulation to Dismiss Appeal (Stipulation), filed December 28, 2022, by Plaintiff-Counterclaim Defendant-Appellant Biorem Environmental, Inc., the papers in support, and the record, it appears that: (1) the appeal has been docketed and the filing fees have been paid; (2) the parties stipulate to dismiss the appeal and bear their own attorney's fees and costs; (3) the stipulation is dated and signed by counsel for all appearing parties; and

(4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed. The parties shall bear their own attorney's fees and costs on appeal.

DATED: Honolulu, Hawaiʻi, May 9, 2023.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge